| United States District Court | Southern District of Texas |
|---|---|

Ivan Mendez, §
Delaware 453351, §
        Plaintiff, §
 §
versus                          §    Civil Action H-10-1093
 §
One of the Connected, Wired Member §
of a Big International Criminal §
Organization, §
 §
        Defendant. §

## Opinion on Dismissal

Ivan Mendez sues for civil rights violations. He is in a Delaware prison. He has not paid the filing fee. He has sued about seventy other times in district courts around country. The district courts dismissed at least three of these lawsuits as frivolous or for failure to state a claim recognized at law. *Mendez v. Delaware Corr. Ctr.*, 05cv303 (Del.); *Mendez v. Delaware Legal System*, 05cv304 (Del.); and *Mendez v. Delaware State*, 05cv305 (Del.). When Mendez sued in these other cases, he was held in prison or jail. The district court dismissed these other cases before Mendez filed this case.

A prisoner may not bring a case in federal court as a pauper if, while incarcerated, he brought three actions which the court dismissed as frivolous or for failure to state a claim, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Mendez's allegations here do not show that he is under imminent danger of serious physical injury. He may move to reinstate if he pays the filing fee.

This complaint is dismissed. 28 U.S.C. § 1915(g). The clerk will send a copy to the District Clerk, 211 West Ferguson, Tyler, Texas 75702, Attention: Manager of the Three-Strikes List.

Signed *April 6*, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge